Order entered October 31, 2012

004680



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00857-CV

**HUMITECH DEVELOPMENT CORPORATION, AND EMIL LIPPE, JR., Appellants**

**V.**

**ALAN PERLMAN, MICHAEL PERLMAN, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-9266-J**

## ORDER

The Court has before it appellants' October 15, 2012 motion for leave to amend and supplement brief. The Court **GRANTS** the motion and **ORDERS** the amended brief tendered by appellants on October 22, 2012 to be timely filed as of today's date.

MOLLY FRANCIS
JUSTICE